**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **CB Restaurants, Inc.**<br>Name | EIN | **45−1570171** |
| United States Bankruptcy Court | **Western District of Oklahoma** | Date case filed for chapter **7** | **7/27/22** |
| Case number: | **22−11642 − SAH** | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

12/17

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | CB Restaurants, Inc. | |
| **2. All other names used in the last 8 years** | dba Charlie Brown's, dba Charlie Brown's Fresh Grill, dba Charlie Brown's Steakhouse | |
| **3. Address** | 14504 Bogert Pkwy<br>f/k/a Hertz Quail Pkwy<br>Oklahoma City, OK 73134 | |
| **4. Debtor's attorney**<br>Name and address | Mark B. Toffoli<br>Gooding Law Firm<br>204 North Robinson Suite 1235<br>Oklahoma City, OK 73102 | Contact phone (405) 948−1978<br>Email: mtoffoli@goodingfirm.com |
| **5. Bankruptcy trustee**<br>Name and address | Lyle R. Nelson<br>Two Leadership Square<br>211 N. Robinson, Ste 1300<br>Oklahoma City, OK 73102 | Contact phone (405) 232−3722/ 232−4021<br>Email: lyle@lylenelsonlaw.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 215 Dean A. McGee<br>Oklahoma City, OK 73102 | Hours open: 8:30am − 4:30pm<br>Contact phone (405) 609−5700<br>Date: 7/28/22 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 23, 2022 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference:**<br>**877−972−6018**<br>**Participant Code:**<br>**6776089** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, and cellphones are not permitted in the building.**

## NOTICE OF TELEPHONIC 341 MEETING OF CREDITORS

## DUE TO THE URGENCIES OF THE PUBLIC HEALTH CRISIS RELATED TO COVID−19, THIS MEETING WILL BE HELD BY TELEPHONIC MEANS.

The Debtor(s) is required to **APPEAR BY PHONE** at the meeting of creditors on the date and time provided for the purpose of being examined under oath. Attendance **BY PHONE** by creditors at the meeting is welcomed, but not required. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

Prior to the time provided, dial the telephone number and use the code provided to enter the meeting. Parties should dial in at least five minutes prior to the start of the meeting. There is no security code and please do not select any other feature. If the automated attendant asks for a security code, one is not required. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible, to call from a quiet location, and to not use a "speaker" function or place the call on hold (as this may cause music or other noises to play during the meetings of other participants on the call).

Debtor(s) is encouraged to contact your attorney prior to the meeting for more information.

**DO NOT COME TO THE COURTHOUSE. THIS MEETING WILL TAKE PLACE BY TELEPHONE ONLY.**