**Dated: February 23, 2023**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

CB Restaurants, Inc.,

Debtor.

Case No. 22-11642-SAH
Chapter 7

**ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE FOR THE PURPOSE OF MOVING FOR RELIEF FROM STAY AND NOTICE OF OPPORTUNITY FOR HEARING**

On this date, the Motion to Reopen filed by the Movants, Jennifer Davis-Mitala and Angelo Mitala (the "**Movants**"), came before this Court for consideration pursuant to 11 U.S.C. § 350 and Fed. R. Bank. P., Rule 5010. All findings of fact are based upon representation of counsel for Movants. Upon review, the Court does hereby find:

1. The Movants seek to reopen this case for the purpose of obtaining a "comfort order" from the court by granting Movants relief from the automatic stay.

2. On February 7, 2023, Movants filed a Motion to Reopen Bankruptcy Case for the Purpose of Moving for Relief from Stay and Notice of Opportunity for Hearing.

3. Counsel for Movants certifies that service was made by first class mail to the creditor matrix on February 7, 2023 as set forth in the Certificate of Mailing attached to the Motion.

4. The last date for filing objections was February 21, 2023, which has passed with no objection thereto being served and filed.

5. The Court finds that a Trustee is not necessary to ensure efficient administration of the case pursuant to Fed. R. Bank. P., Rule 5010.

IT IS THEREFORE ORDERED that the Motion to Reopen is granted and the case is hereby reopened. The Movants shall file the Motion for Relief from Stay along with the appropriate Notice in accordance with this Court's Local Rules within fourteen (14) days of the entry of this Order. Failure of the Movants to timely file the Motion shall result in the immediate closure of the case.

###

APPROVED:

/s/ Ron D. Brown
Ron D. Brown, OBA #16352
R. Gavin Fouts, OBA #33738
715 S. Elgin Ave
Tulsa, OK 74120
(918) 585-9500
(866) 552-4874 fax
ron@ronbrownlaw.com
gavin@ronbrownlaw.com
*Attorneys for the Movants*